# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN R. OLIVER, <br><br> Plaintiff, <br><br> vs. <br><br> DG DISTRIBUTION GA, LLC <br><br> Defendant. | CIVIL ACTION FILE NO.: <br> _____ |

## NOTICE OF REMOVAL

COMES NOW Defendant, DG Distribution GA, LLC ("Defendant"), by and through its attorneys, and files its Notice of Removal pursuant to 28 U.S.C. § 1446. Defendant respectfully shows the Court as follows:

### I.   NATURE OF ACTION

1. On October 27, 2020, Plaintiff Kevin R. Oliver filed a Complaint against Defendant in the Superior Court of Cobb County, Georgia, Civil Action No. 20106825, ID# 2020-0117596-CV. Pursuant to 28 U.S.C. §1446(a), a true and legible copy of all processes, pleadings, and orders on file with the Superior Court of Cobb County, Georgia is attached hereto as **Exhibit A**.

## II. NOTICE OF REMOVAL IS TIMELY

2. Defendant was served with the Summons and Complaint on November 5, 2020.

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after service of the Complaint.

## III. FEDERAL QUESTION JURISDICTION

4. Plaintiff's Complaint alleges discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. Thus, federal question jurisdiction exists.

5. This Court has federal question jurisdiction under 28 U.S.C. § 1331, and this action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

6. In applying that statutory provision, "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987). The Complaint presents a cause of action under federal statute, and therefore, the case is properly removable under 28 U.S.C. §1441.

## IV.  VENUE

7. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as it is in the district and division embracing the place where the state action was pending.

## V.  REMOVAL REQUIREMENTS

8. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all processes, pleadings, and orders on file with the Superior Court of Cobb County, Georgia is attached as **Exhibit A**.

9. Written notice of the filing of this Notice of Removal will be provided to Plaintiff as required by law. *See* 28 U.S.C. § 1446(d).

10. A true copy of this Notice of Removal is being filed with the Clerk of Court for the Superior Court of Cobb County, Georgia, as required by law.

11. By removing this matter, Defendant does not intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of Cobb County, Georgia be removed to this Court, that this Court accept jurisdiction of this action, and henceforth that this action be placed on

the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted this 4th day of December, 2020.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        */s/ Jessica H. Thomas*
        Amelia M. Willis
        Georgia Bar No. 055872
        Jessica H. Thomas
        Georgia Bar No. 704970
        Ogletree, Deakins, Nash,
         Smoak & Stewart, P.C.
        One Ninety One Peachtree Tower
        191 Peachtree St. NE, Ste. 4800
        Atlanta, GA  30303
        Telephone:  404.881.1300
        Fax:  404.870.1732
        amie.willis@ogletreedeakins.com
        jessica.thomas@ogletreedeakins.com

        *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN R. OLIVER,<br><br>Plaintiff,<br><br>vs.<br><br>DG DISTRIBUTION GA, LLC<br><br>Defendant. | CIVIL ACTION FILE NO.: |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and that a true and correct copy was sent via electronic mail and United States Mail to counsel, addressed to the attorneys of record as shown:

> Jason Coffman
> Coffman Law Firm
> 3280 Peachtree Road NE
> Suite 700
> Atlanta, GA 30305
> jcoffman@jcoffmanlaw.com

> s/ *Jessica H. Thomas*
> Jessica H. Thomas
> Georgia Bar No. 704970

45124602.1